**Order entered December 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00595-CR

### TADARROWL DERONE CARSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F13-57494-Y

## ORDER

The Court **REINSTATES** the appeal.

On October 2, 2015, we ordered the trial court to make findings regarding whether the record of the April 14, 2014 hearing could be filed. We **ADOPT** the findings that: (1) a pretrial hearing was conducted on April 14, 2014; (2) the court reporter's notes from the hearing cannot be located and no record can be prepared; (3) appellant is not at fault for the loss or destruction of the notes; and (4) the parties cannot agree on a substituted record.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.


                                    /s/      CAROLYN WRIGHT
                                             CHIEF JUSTICE